UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**In re:**

EDWARD LEE PURVIS and
DOROTHY JEAN PURVIS,    Case No. 15-60311-RBK
                        Chapter 13

   **Debtors.**
_____/

**CREDITOR RREF RB ACQUISITIONS, LLC'S
JOINDER TO TRUSTEE'S OBJECTION TO CONFIRMATION
OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

Creditor RREF RB Acquisitions, LLC ("RREF"), by undersigned counsel, hereby joins in the objection of the Chapter 13 Trustee to confirmation of the Debtors' proposed Chapter 13 Plan (Doc. 44) for the reasons set forth therein.

**WHEREFORE**, RREF RB ACQUISITIONS, LLC respectfully requests that the Court enter an Order denying confirmation of the Debtors' Chapter 13 Plan, and granting such other and further relief as the Court deems just and proper.

Dated: October 14, 2015          Respectfully Submitted,

                                 */s/Jerrod M. Maddox*
                                 Alabama Bar Number: ASB-0265-I15R
                                 Application for *Pro Hac Vice* pending
                                 ***Attorney for RREF RB ACQUISITIONS, LLC***
                                 Jones Walker LLP
                                 11 North Water Street Suite 1200
                                 Mobile, AL 36602
                                 Phone: 251-439-7541
                                 Fax: 251-433-7361

{M1049163.1}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties receiving notice electronically via ECF and on the parties listed below via ECF and/or first class U.S. mail on October 14, 2015.

/s/Jerrod M. Maddox

*Debtors*
Edward Lee Purvis
Dorothy Jean Purvis
409 North Post Oak
Oakwood, TX 75855

*Debtor's Attorney*
Shelly M. Davis
The Davis Law Firm
3100 Richmond Avenue, Suite 480
Houston, TX 77098

*Trustee*
G. Ray Hendren
Chapter 13 Trustee
3410 Far West Blvd., Suite 200
Austin, TX 78731

U.S. Trustee
903 San Jacinto
Suite 230
Austin, TX 79701