The relief described hereinbelow is SO ORDERED.

Signed November 24, 2015.



_____
Ronald B. King
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In Re:                                                                              Chapter 13
EDWARD LEE PURVIS
DOROTHY JEAN PURVIS

Debtor(s)                                                   Case No. 15-60311-RBK

### ORDER CONFIRMING THE DEBTORS' PLAN

The Debtor represents in order to obtain plan Confirmation that the Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Further the Debtor represents that the Debtor's plan or amended plan, filed on September 08, 2015 and hereafter referred to as the plan, satisfies the requirements of 11 U.S.C. § 1325.
Accordingly, it is ORDERED that

(1) The Chapter 13 Plan is confirmed;

(2) Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

(3) Notwithstanding any provisions of the plan, a creditor must timely file a proof of claim with the clerk of Court in order to receive a distribution under this plan.

(4) Miscellaneous Provisions (if Applicable)

    In addition to the monthly plan payments proposed of $450 months 1-4, $835 month 5, and $1150 months 6-60, the debtors have agreed to make additional payments of $1000/year to the plan from their tax year 2015-2019 income tax refund(s). The plan base amount shall be $70,885. The debtors shall remit the $1000/year payments to the Trustee in certified funds within 7 days of their receipt of funds from the Internal Revenue Service each year. In the event the debtor(s) do not receive tax refund(s) sufficient to make the $1000/year payment(s), the debtors shall modify their plan to maintain payment of the value of nonexempt property to the class of unsecured creditors. The terms of this order have been agreed to by the debtors, through counsel Shelly M. Davis, and objecting creditor RREF RB Acquisitions, LLC, through counsel Jerrod M. Maddox.

Debtor shall submit duplicate copies of executed annual tax returns to the Chapter 13 Trustee within (30) days of filing with the Internal Revenue Service annually until the plan is completed. The Trustee reserves the right to review and pursue increases in disposable income.

The Clerk is directed to serve a copy of this order upon the Debtor, counsel for the Debtor, the Trustee, and all creditors and parties who have filed a notice of appearance in the case.

    **IT IS SO ORDERED.**

    Confirmation Recommended by

    /s/Ray Hendren
    Ray Hendren Ch13 Trustee

###